Commonwealth, Appellant, *v.* O'Malley.

Submitted March 24, 1975. *James E. Davis,* District Attorney, for Commonwealth, appellant; *John J. Hovan* and *John R. Morgan,* and *Hobbs and Morgan,* for appellee.
Order affirmed.


Commonwealth *v.* Pagan, Appellant.

Submitted March 20, 1975. *David C. Harrison,* for appellant; *Jonathan D. Schiffman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.